**Kevin Leon SMITH, Plaintiff–Appellant,**

v.

**Samuel E. JERROME, Detective, Virginia Beach Police Department, Defendant–Appellee.**

No. 15–6523.

United States Court of Appeals, Fourth Circuit.

Submitted: June 25, 2015.

Decided: June 30, 2015.

Kevin Leon Smith, Appellant Pro Se. Michael Beverly, City Attorney's Office, Virginia Beach, Virginia, for Appellee.

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Leon Smith appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Jerrome*, No. 3:13–cv–00544–JRS (E.D.Va. Mar. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*